

# Tax Assessment Report

Parcel Number: 23-07-25-0-004-064.000  
Pin Number: 11512

Tax Year: 2019

## Owner Information:

Owner: SCHMITZ MATTHEW D & SHIRLEY H  
Mailing Address: 11 ATHENS ST  
        EASTABOGA, AL 36260

Property Address: 11 ATHENS ST

**Value and Tax Information:** Assessed values are subject to change until permanent abstract is printed on September 2019

Current Use Value: $0.00  
Improvement Value: $69,180.00  
Land Value: $21,020.00  
2018 Taxes Due: $377.45

Total Appraised Value: $90,200.00  
Assessed Value: $9,020.00  
Exemption: H1 - Regular Homestead  
2018 Taxes Paid: $377.45

## Land Information:

Lot Dimensions:  
Tax District: Oxford (24)

Calculated Acres: 0.56

## Legal Description:

SEC 25 TSP 16S RNG 06E JOHN H STREET SUB BLK B LOT 1 & S 46LOT 2 OXFORD AL  
Subdivision Name: JOHN H STREET SUBDIVISION  
Plat Book / Page: L 45 0000

## Sales Information:

| Date | Sale Price | Grantee | Deed Book | Deed Page |
|---|---|---|---|---|
| 1/2011 | $73,400.00 | SCHMITZ MATTHEW D & SHIRLEY H | 3133 | 0000792 |
| 2/2009 | $0.00 | FANNIE MAE | 3113 | 0544 |
| 2/2009 | $0.00 | GMAC MORTGAGE LLC | 3113 | 541 |
| 5/2009 | $57,000.00 | EVERETT MICHAEL D | 3116 | 0000295 |
| 7/2007 | $0.00 | BURRIS RHONDA M & JOHN E | 3093 | 0000822 |
| 1/2002 | $0.00 | ANNEXATION | 3031 | 262 |
| 12/2001 | $0.00 | ANNEXATION | 3031 | 257 |
| 10/1998 | $56,000.00 | BURRIS JOHN E (DOC) | 2071 | 00478 |
| 12/1997 | $0.00 | BURRIS JOHN E (DOC) | 2031 | 00249 |
| 2/1962 | $0.00 | SMITH CLARENCE R & MATTIE P (SWD) | 1120 | 00718 |

| 2/1962 | $0.00 | SMITH CLARENCE R & MATTIE P (SWD) | 1098 | 00600 |

## Improvement 1

Class: SINGLE FAMILY RESIDENCE        Total Heated Area: 1986
Value: $59,900.00    Stories: 1
Year Erected: 1962                                              Total Rooms: 5

### Construction Details:

Roof: 100% hip-gable using 100% metal, corrugate
Exterior Walls: 100% aluminum siding
Interior Walls: 100% drywall (sheetrock)
Flooring: 100% carpet & underlayment
Heat and Air: fha / ac
Extras: bath 3fix

### Additional Construction Details:

| Description: | Total Area: | Adjusted Area: |
|---|---|---|
| base | 1350 | 1350 |
| open porch stoop, floor, roof, no posts | 60 | 6 |
| open porch stoop, floor, roof, no posts | 95 | 10 |
| open porch floor, roof, and posts | 196 | 39 |
| base | 336 | 336 |
| base | 300 | 300 |
| Totals | 2337 | 2041 |

## Improvement 2

Class: GARAGE WOOD OR CB, FLOOR           Total Heated Area: 0
Value: $9,280.00    Stories: 0
Year Erected: 0                                                 Total Rooms: 0



**Calhoun County Disclaimer**
Information is for tax purposes only and not to be used for conveyance.
Copyright © 2019